IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER K. PRATER,

      Plaintiff,                     No. CIV S-07-2504 JAM EFB P

      vs.

PRISON INDUSTRY AUTHORITY, et al.,

      Defendants.               <u>ORDER</u>

                                /

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. The court has reviewed plaintiff's complaint pursuant to 28 U.S.C. § 1915A, but no defendant has been served. However, on April 30, 2008, plaintiff filed requests for production of documents.

      Since no defendant has been served or appeared in this action, any attempt to conduct discovery is premature. Furthermore, interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." Local Rules 33-250(c), 34-250(c) & 36-250(c).

1

Accordingly, it hereby is ORDERED that plaintiff's April 30, 2008, requests for production of documents is stricken and the Clerk of the Court shall make a notation on the docket to that effect.

Dated: May 8, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE