IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER K. PRATER,

   Plaintiff,      No. CIV S-07-2504 JAM EFB P

 vs.

PRISON INDUSTRY AUTHORITY,
et al.,

   Defendants.   ORDER
_____/

   Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On July 9, 2008, plaintiff requested the Clerk of the Court to enter the default of the Prison Industry Authority.

   Federal Rule of Civil Procedure 55 states:

> When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

A party who waives service of process has 60 days from the date the request for waiver was sent to serve an answer. Fed. R. Civ. P. 4(d)(3). Here, the court found that plaintiff has not stated a claim against the Prison Industry Authority and has recommended that it be dismissed from this action. In fact, the court has yet to order service of process on any defendant. Therefore, no defendant is under any obligation to respond to plaintiff's claims.

1

1     Accordingly, plaintiff's July 9, 2008, request is denied and the Clerk of the Court shall
2 not enter the default of the Prison Industry Authority.
3     So ordered.
4 Dated: August 6, 2008.

                                                 EDMUND F. BRENNAN
                                                 UNITED STATES MAGISTRATE JUDGE