IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER K. PRATER,

    Plaintiff,                No. CIV S-07-2504 JAM EFB P

    vs.

PRISON INDUSTRY AUTHORITY, et al.,

    Defendants.        ORDER

/

    Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On May 29, 2006, the court directed plaintiff to submit two copies of the endorsed April 14, 2008, amended complaint for the U. S. Marshal to serve defendant Eric Strand. Plaintiff has not submitted any copies of the endorsed amended complaint. He has failed to comply with the order.

    It therefore is ORDERED that plaintiff has 20 days from the date of this order either to explain his failure to comply with the May 29, 2008, order, or to submit two copies of his endorsed April 14, 2008, amended complaint. Failure to comply with this order will result in a recommendation that this action be dismissed.

////

////

1

1   The Clerk of the Court is directed to send to plaintiff one copy of the April 14, 2008, pleading.

2   Dated: August 6, 2008.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER K. PRATER,

        Plaintiff,                    No. CIV S-07-2504 JAM EFB P

    vs.

PRISON INDUSTRY AUTHORITY,
et al.,

        Defendants.              <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        ____    completed summons form

        ____    completed forms USM-285

        _2__    copies of the __April 14, 2008__
                                        First Amended Complaint

Dated:

                                                    Plaintiff

3