IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER K. PRATER,

    Plaintiff,                    No. CIV S-07-2504 JAM EFB P

    vs.

PRISON INDUSTRY AUTHORITY,

      Defendants.          ORDER

_____/

       Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. Currently under consideration is plaintiff's response to the court's August 6, 2008, order to show cause. For the reasons explained, the order to show cause is discharged and plaintiff has one final opportunity to comply with this court's order to provide materials necessary to serve the defendants in this action.

       On May 29, 2008, the court found that plaintiff stated a claim for relief against one defendant and gave plaintiff 20 days to submit a summons, a USM form and two copies of the endorsed April 14, 2008, complaint so that the court could order service of process. Plaintiff submitted a summons and a completed USM form, but did not submit any copies of the complaint. He offered no explanation for his omission. Therefore, on August 6, 2008, the court directed plaintiff to either submit the required copies of the complaint or show cause why he

1

could not. Plaintiff has responded to that order, asserting:

> Plaintiff was under duress due to the fact that Corcoran law librarian head refused plaintiff to make copies for plaintiff's case.
>
> Plaintiff's case was placed under "PLU"[1] status, but was still denied photocopy access. The head librarian has refused plaintiff's constitutional rights to due process of law.
>
> It seems that the head librarian of Corcoran will only allow court ordered copies. It seems to be an inconvenience for plaintiff to exercise his constitutional & civil rights.

Pl.'s Aug. 15, 2008, Resp.

Plaintiff's explanation for his failure to submit two copies of the complaint is curious. He asserts that he required an order from this court, but this court has issued two orders for him to submit copies of the complaint. Plaintiff does not submit evidence that he requested copies. Neither does he assert that he showed this court's orders to the librarian or, if he did, that the librarian refused to comply with them. The court also notes that plaintiff does not identify the librarian who refused to make the copies. Thus, it appears that plaintiff intentionally is disobeying this court's orders and delaying this action. For such conduct, the court may impose sanctions, including dismissal of this action. *See* Fed. R. Civ. P. 41(b); L. R. 11-110. Plaintiff will have one more opportunity to submit two copies of the endorsed April 14, 2008, first amended complaint so that the court can order service of process on the defendant.

Accordingly, it is ORDERED that:

1. The August 6, 2008, order to show cause is discharged.

2. Within 15 days of the date this order is served, plaintiff shall submit two copies of the endorsed April 14, 2008, complaint. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice. *See* Fed. R. Civ. P. 41(b); L. R. 11-110.

---

[1] Plaintiff does not explain this term, but presumably it refers to law library access.

3. The Clerk of the Court is directed to send to plaintiff one copy of the April 14, 2008, amended complaint.

Dated: October 29, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE