IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER K. PRATER,

    Plaintiff,                    No. CIV S-07-2504 JAM EFB P

    vs.

PRISON INDUSTRY AUTHORITY, et al.,

    Defendants.              FINDINGS AND RECOMMENDATIONS

                             /

Plaintiff is a state prisoner proceeding without counsel in a civil rights action. *See* 42 U.S.C. § 1983.

On May 29, 2008, the court dismissed plaintiff's claims against defendants Colin Martin, Russell Larsen, Sam Osuna, Russell Griffith or Carl Jorgensen pursuant to 28 U.S.C. § 1915A, with leave to amend. The court informed plaintiff he could proceed against defendant Eric Strand by submitting materials for service within 20 days, but the court would construe his election so to proceed as consent to dismissal of his claims against defendants Colin Martin, Russell Larsen, Sam Osuna, Russell Griffith and Carl Jorgensen without leave to amend.

On November 17, 2008, plaintiff submitted materials for service of defendant Eric Strand.

////

1

1  The court finds plaintiff has consented to dismissal of claims against defendants Colin
2 Martin, Russell Larsen, Sam Osuna, Russell Griffith and Carl Jorgensen without leave to amend.
3  Accordingly, it is hereby recommended that claims against defendants Colin Martin,
4 Russell Larsen, Sam Osuna, Russell Griffith and Carl Jorgensen be dismissed without prejudice.
5  These findings and recommendations are submitted to the United States District Judge
6 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
7 after being served with these findings and recommendations, any party may file written
8 objections with the court and serve a copy on all parties.  Such a document should be captioned
9 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
10 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
11 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
12 Dated:  December 3, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE